John R. Vreeland, Esq. (Bar ID #046591997)
JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, NJ 07922
(908) 795-5200
ATTORNEYS FOR DEFENDANTS

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SAMANTHA KRANTZ, on behalf of herself and all others similarly situated,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>SMS VENTURES, LLC, and SAURABH ABROL,<br><br>　　　Defendants. | Civil Action No.: 23-cv-2526<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

It is hereby stipulated and agreed by and between the attorneys for Plaintiff, Samantha Krantz and attorneys for Defendants SMS Ventures, LLC and Saurabh Abrol through their undersigned counsel who are authorized to enter this stipulation, that Plaintiff's Complaint against Defendants is dismissed in its entirety with prejudice and without costs or attorneys' fees to any party.

| | |
|---|---|
| MCLAUGHLIN & STERN, LLP<br>1 Elm Street, Suite 2<br>Westfield, NJ 07090<br>(908) 894-6001<br><br>*/s/ Brett R. Gallaway*<br>　Brett R. Gallaway, Esq.<br>　Charles F. Kellett, Esq.<br>　ATTORNEYS FOR PLAINTIFF<br>　Dated: August 20, 2024 | JACKSON LEWIS P.C.<br>200 Connell Drive, Suite 2000<br>Berkeley Heights, NJ 07922<br>(908) 795-5200<br><br>*/s/ John Vreeland*<br>John Vreeland, Esq.<br>Mary L. Moore, Esq.<br>ATTORNEYS FOR DEFENDANTS<br>Dated: August 20, 2024 |

**SO ORDERED:**

_____
BRIAN R. MARTINOTTI, U.S.D.J.
DATED: 08/21/2024

4884-2175-5354, v. 1